ANTHONY FERRIS, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judg-

ment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Wagner, JJ.